(June 9, 1941.)

MARY TASHMAN, Appellant, v. GREEN BUS LINES, INC., Respondent.— Motion for an order permitting plaintiff to comply with the alternative provision of the trial court's order and accept a reduction in the amount of the verdict in lieu of proceeding with a new trial denied, without costs, and without prejudice to an application by plaintiff to the Special Term to be relieved of her default in filing the necessary stipulation.  Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

JOHN HOLLEY CLARK, JR., Appellant, Respondent, v. THE CITY OF NEW YORK, LEWIS J. VALENTINE, as Police Commissioner of the City of New York, and FIORELLO H. LAGUARDIA, as Mayor of the City of New York, Respondents, Appellants.— Action by a taxpayer to enjoin the City of New York and its officers from interfering with the bus operation of Bee Line, Inc., which has been conducted under a certificate of convenience and necessity, now expired, of the Transit Commission, on the ground that the Transit Commission improperly included in the certificate a limitation upon its duration.  The plaintiff appeals from an order dismissing the complaint under rule 106 of the Rules of Civil Practice and from the judgment entered thereon.  Plaintiff also appeals from so much of an order dated May 12, 1941, as refused an injunction *pendente lite*.  Defendants appeal from so much of the last-mentioned order as granted a stay pending appeal.  On appeals by plaintiff, orders and judgment unanimously affirmed, with ten dollars costs and disbursements.  No opinion.  In view of the foregoing, the appeal by the defendants from so much of the order dated May 12, 1941, as granted a stay pending appeal is dismissed, without costs.  Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

GRACE S. CURLEY, Respondent, v. WILLIAM E. KRAUSE and RUTH UNA KRAUSE, Appellants.— Action to compel defendants to execute and deliver to plaintiff their bond and mortgage on certain real estate or to impress a lien on said property.  Order denying defendants' motion for judgment on the pleadings, pursuant to rule 112, Rules of Civil Practice, affirmed, with ten dollars costs and disbursements.  No opinion.  Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.